FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 05 2008 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

JUDGMENT
07-CR- 0886 (JG)

-against-

EDWARD DURAN,

                        Defendant.
-----------------------------------------------------------------X

       A Final Order of Forfeiture of Honorable John Gleeson, United States District Judge, having been filed on December 2, 2008, directing the Clerk of Court to enter a final judgment of forfeiture to the United States in accordance with the terms of the attached Court's Order and the Amended Preliminary Order of Forfeiture; it is

       ORDERED and ADJUDGED that a final judgment of forfeiture is hereby entered in favor of The United States in accordance with the terms of the attached Court's Order and the Amended Preliminary Order of Forfeiture.

Dated: Brooklyn, New York
       December 04, 2008

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court

Attachment.